IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiffs<br><br>　　　Vs.<br><br>ADALBERTO CORIANO-APONTE<br>　　Defendant | CRIM. NO. 13-835 (GAG) |

### RECONSIDERATION MOTION TO CONTINUE FRANKS HEARING

TO THE HONORABLE COURT

**COMES NOW** the Defendant Adalberto Coriano-Aponte, through his attorney Jennie Mariel Espada Ocasio, who very respectfully STATES and PRAYS as follows:

1- In the instant case a Franks Hearing is set for 10/14/2014 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.

2- On October 6, 2014 a Pretrial Conference on case #14-312 was held.

3- Off the record AUSA Max Pérez and the undersigned approached the Judge's bench and Mr. Pérez informed the Honorable Court that he had a conflict on his calendar because he has the Mr. Cash's trial.

4- The undersigned stated that she has a conflict on her calendar as well.

5- Because of the calendars' conflict the Judge ordered the defense to file a motion to continue.

6- On compliance with the Judge's order we filed a Motion to Continue.

7- Thus, we are humbly requesting the Honorable Court to Reconsiderate and grant this continuance and set the Franks Hearing for one of these possible dates: 11/19/2014, 11/20/2014 or 11/21/2014.

**WHEREFORE**, the undersigned respectfully requests the court to grant this continuance due to the above stated circumstances.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify of such filing to the parties of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, October 10, 2014.

>S/ Jennie M. Espada-Ocasio
>USDC PR 225003
>PO BOX 13811
>San Juan, PR, 00908
>Phone: 787-602-6326
>jennieespada.esq@gmail.com