```
ADALBERTO CORIANO-APONTE
(407) 912-7009
550 BROWN BEAR WAY
SAINT CLOUD FL 34772

SHIP CLERKS OFFICE DIST OF PR-SAN JUAN
TO: (787) 772-3000
    UNITED STATES DISTRICT COURT
    STE 150
    150 AVE CARLOS CHARDON
    SAN JUAN PR 00918
    PUERTO RICO
```

1 LBS      1 OF 1
SHP#: 054V 5EL4 43H
SHP WT: 1 LBS
DATE: 17 SEP 2021

PRI 008 9-25

UPS GROUND
TRACKING #: 1Z 054 V5E 03 5958 9504

BILLING P/P
DESC: MOTION FOR EARLY TERMINATION

EDI-DOC

RECEIVED & FILED
2021 SEP 21  PM 1:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.